Marc C. Forsythe – State Bar No. 153854
GOE FORSYTHE & HODGES LLP
18101 Von Karman Avenue, Ste. 1200
Irvine, CA 92619
Tel: 949-798-2460
Fax: 949-955-9437
mforsythe@goeforlaw.com

POLSINELLI LLP
TODD M. MALYNN (SBN: 181595)
tmalynn@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802 Fax

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| BRIAN HOROWITZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VIDAXL LLC,<br><br>　　　　Defendant | Case No.: 8:20-cv-01796-JVS-KES<br><br>NOTICE OF SETTLEMENT |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff and Defendant have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Once all the appropriate

NOTICE OF SETTLEMENT - 1

signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed. In consideration of such settlement, the parties hereby stipulate and agree that Defendant need not file a responsive pleading to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated this 8th day of December, 2020.

**BRIAN HOROWITZ,**
Plaintiff

By: /s/Marc C. Forsythe
Marc C. Forsythe – State Bar No. 153854
GOE FORSYTHE & HODGES LLP
18101 Von Karman Avenue, Ste. 1200
Irvine, CA 92619
Tel: 949-798-2460
Fax: 949-955-9437
mforsythe@goeforlaw.com

**VIDAXL LLC,**
Defendant

By: [signature] for Todd Malynn per written authorization
POLSINELLI LLP
TODD M. MALYNN (SBN: 181595)
tmalynn@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802 Fax

NOTICE OF SETTLEMENT - 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **J NOTICE OF SETTLEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 9, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Marc C Forsythe**
  mforsythe@goeforlaw.com,kmurphy@goeforlaw.com
- **Darrell W Gibby**
  darrellgibby@gibbylawfirm.com,gibbylaw@att.net
- **Todd Matthew Malynn**
  tmalynn@polsinelli.com,LAdocketing@polsinelli.com,zyoung@polsinelli.com,sanderson@polsinelli.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 9, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 9, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

- The Honorable James V. Selna, USDC, 411 West Fourth Street, Courtroom 10C, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 9, 2020 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

NOTICE OF SETTLEMENT - 3